IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMAINE C. TALFORD,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:13-cv-00411 |
| v. | )<br>) | MEMORANDUM OPINION |
| BRISTOL CITY JAIL,<br>    Defendant. | )<br>)<br>) | By:   Hon. Michael F. Urbanski<br>        United States District Judge |

Jamaine C. Talford, a Virginia inmate proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983 with jurisdiction vested in 28 U.S.C. §§ 1331 and 1343.  Plaintiff names the Bristol City Jail ("Jail") as the sole defendant and complains about a breach of his private information and the medical care he received at the Jail.

The court must dismiss the Complaint because Plaintiff fails to name a person acting under color of state law as a defendant.  See, e.g., West v. Atkins, 487 U.S. 42, 48 (1988).  Plaintiff names only the Jail as a defendant, which is not amenable to suit via § 1983.  See Preval v. Reno, 57 F. Supp. 2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a "person," and therefore not amenable to suit under 42 U.S.C. § 1983."), aff'd in part and rev'd in part, 203 F.3d 821 (4th Cir. 2000), reported in full-text format at 2000 U.S. App. LEXIS 465, at *3, 2000 WL 20591, at *1 ("The court also properly determined that the Piedmont Regional Jail is not a 'person' and is therefore not amenable to suit under § 1983[.]").  Accordingly, Plaintiff presently fails to state a claim upon which relief may be granted, and the court dismisses the Complaint without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff.

                                                      Entered: October 7, 2013

                                                     */s/ Michael F. Urbanski*

                                                     Michael F. Urbanski
                                                     United States District Judge