IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMAINE C. TALFORD,** | ) | Civil Action No. 7:13-cv-00411 |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BRISTOL CITY JAIL,** | ) | By:    Hon. Michael F. Urbanski |
|     **Defendant.** | ) |         United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

    Entered: October 7, 2013

    /s/ Michael F. Urbanski

    Michael F. Urbanski
    United States District Judge